UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDWARD L. VINNETT, JR.,** )<br>)<br>    **Plaintiff** )<br>)<br>v. )<br>)<br>**UNION PACIFIC RAILROAD** )<br>**COMPANY, a corporation,** )<br>)<br>    **Defendant.** ) | **CIVIL ACTION NO. 2:10-cv-02871**<br>**JUDGE HELEN G. BERRIGAN**<br>**MAGISTRATE DANIEL E. KNOWLES, III** |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Edward L. Vinnett, Jr., and representing to the Court that all claims against the Union Pacific Railroad Company have been settled and compromised, moves to dismiss this lawsuit with prejudice, each party to pay its own costs.

                    Respectfully submitted,

                    *s/ James H. Wettermark*
                    James H. Wettermark
                    Wettermark Holland & Keith, LLC
                    2101 Highland Avenue S., Suite 700
                    Birmingham, AL 35205
                    205-933-9500
                    205-212-9500 (facsimile)

                    MAT M. GRAY, III
                    FOWLER RODRIGUEZ, VALDES-FAULI
                    400 Poydras Street
                    30th Floor
                    New Orleans, LA 70130
                    504-523-2600
                    504-523-2705 (facsimile)
                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on March 16, 2011, Plaintiff's Motion to Dismiss With Prejudice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                           *s/James H. Wettermark*
                                           JAMES H. WETTERMARK